IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INTERNATIONAL LICENSE EXCHANGE OF AMERICA, LLC,

Plaintiff,

v.

ECHOSTAR CORPORATION, HUGHES COMMUNICATIONS, INC. and HUGHES NETWORK SYSTEMS, LLC,

Defendant.

**Civil Action No.** 1:16-cv-716-RGA

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff International License Exchange of America, LLC hereby files this Voluntary Notice of Dismissal of Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of the court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendants have not yet answered the Complaint. Accordingly, International License Exchange of America, LLC voluntarily dismisses Defendants without prejudice pursuant to Rule 41(a)(1).

DATED: April 17, 2017

DEVLIN LAW FIRM LLC

By: */s/ Timothy Devlin*
Timothy Devlin (#4241)
tdevlin@devlinlawfirm.com
1306 N. Broom St., 1st Floor
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff International License Exchange of America, LLC*